*tor General Washington* and *John R. Benney* for respondent.

No. 340. McCANN *v.* CLARK, ATTORNEY GENERAL OF THE UNITED STATES. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 841. McCANN *v.* ADAMS, WARDEN, ET AL. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for respondents.

No. 872. GILES *v.* UNITED STATES. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 912. DAVIS *v.* JOHNSTON, WARDEN. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 918. McMAHAN *v.* JOHNSTON, WARDEN. April 28, 1947. Petition for writ of certiorari to the Circuit